UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Criminal No. 26-mj-30173

v.

Honorable Robert J. White

ANTHONY MCBRIDE,

Defendant.
_______________________________/

**ORDER GRANTING THE GOVERNMENT'S MOTION FOR AN EMERGENCY STAY OF THE MAGISTRATE JUDGE'S RELEASE ORDER**

The government has moved for a stay of the release order in the matter of Defendant Anthony McBride that was issued by the Honorable Alex G. Tse, United States Magistrate Judge for the Northern District of California, on October 19, 2026. (ECF No. 8). This Court's record does not yet include the record of the detention hearing or any explanation from the magistrate judge for his order. Accordingly,

IT IS ORDERED that the government's motion for an emergency stay of the release order (ECF No. 8) is granted.

IT IS FURTHER ORDERED that McBride shall remain in custody while the Court adjudicates the government's appeal of the release order.

IT IS FURTHER ORDERED that the United States Marshals Service shall transport and produce McBride in the Eastern District of Michigan forthwith.

/s/Robert J. White
HONORABLE ROBERT J. WHITE
United States District Judge

Date: October 20, 2026